Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-004

**Effective Date of Registration:**
October 18, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Autumn Leaf I |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | August 01, 2010 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Mariann Johansen-Ellis |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Denmark |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mariann Johansen-Ellis |
| | Klintevej 357, Borre, 4791, Denmark |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mariann Johansen-Ellis |
| **Email:** | borre326@yahoo.dk |
| **Address:** | Klintevej 357 |
| | Borre 4791 Denmark |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 18, 2024 |
| **Applicant's Tracking Number:** | ME2024101801 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-286**

**Effective Date of Registration:**
October 18, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Autumn Leaf II |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | August 01, 2010 |
| **Nation of 1st Publication:** | United States |

## Author

- | | |
  |---|---|
  | **Author:** | Mariann Johansen-Ellis |
  | **Author Created:** | 2-D artwork |
  | **Citizen of:** | Denmark |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mariann Johansen-Ellis<br>Klintevej 357, Borre, 4791, Denmark |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mariann Johansen-Ellis |
| **Email:** | borre326@yahoo.dk |
| **Address:** | Klintevej 357<br>Borre 4791 Denmark |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 18, 2024 |
| **Applicant's Tracking Number:** | ME2024101802 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-423-284**
**Effective Date of Registration:**
October 18, 2024
**Registration Decision Date:**
November 25, 2024

## Title

    **Title of Work:** With the Tide

## Completion/Publication

    **Year of Completion:** 2010
    **Date of 1st Publication:** July 26, 2010
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Mariann Johansen-Ellis
    **Author Created:** 2-D artwork
    **Citizen of:** Denmark

## Copyright Claimant

    **Copyright Claimant:** Mariann Johansen-Ellis
    Klintevej 357, Borre, 4791, Denmark

## Rights and Permissions

    **Name:** Mariann Johansen-Ellis
    **Email:** borre326@yahoo.dk
    **Address:** Klintevej 357
    Borre 4791 Denmark

## Certification

    **Name:** David Denholm
    **Date:** October 18, 2024
    **Applicant's Tracking Number:** ME2024101803



12/50     "With The Tide"