IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARIANN JOHANSEN-ELLIS,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-10030

Judge John J. Tharp, Jr.

Magistrate Judge Keri L. Holleb Hotaling

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | SERYU |
| 3 | Barnrae |
| 6 | meisly |
| 7 | 2024 Black friday Deals Christmas Sale |
| 12 | black friday deals 2024 SoneBot |
| 13 | Black Friday Deals 2024 Christmas Sale ➤6-12 days |
| 16 | HADWNIUB |
| 17 | Prime Day Deal of ACCIDENTALLY FOUND |
| 18 | WHHFOOH(7-12 Business Days Delievered) |
| 19 | XIANCHUANBAIbai |
| 21 | TingM(US Store) |
| 22 | No ending |
| 23 | BGNMEQ |
| 32 | YEEHi US Store |
| 34 | kunmingshulishangmaoyouxiangongsi |
| 37 | QWERTYU |
| 38 | HaHaHappy |
| 41 | mohiass |

DATED: September 30, 2025  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 30, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt